■ RAMESH BAHL et al., Appellants-Respondents, v CITY OF NEW YORK, Defendant and Third-Party Plaintiff-Respondent. MONTEFIORE HOSPITAL AND MEDICAL CENTER, Third-Party Defendant-Respondent-Appellant. [874 NYS2d 908]—Order, Supreme Court, Bronx County (Edgar G. Walker, J.), entered December 21, 2007, which, in an action for personal injuires sustained in a slip and fall on snow and ice in a parking lot owned by defendant City and used by third-party defendant pursuant to a city permit, inter alia, denied third-party defendant's motion for summary judgment dismissing the complaint and denied plaintiff's cross motion for summary judgment, unanimously affirmed, without costs.

Issues of fact exist, including whether there was a reasonable amount of time after cessation of the storm and before plaintiff's accident to clear the lot of snow and ice (*see Valentine v City of New York*, 86 AD2d 381, 383 [1982], *affd* 57 NY2d 932 [1982]; *Bowen v City Univ. of N.Y.*, 294 AD2d 322 [2002]). We have considered the parties' other arguments and find them unavailing. Concur—Gonzalez, P.J., Tom, Sweeny, Catterson and Renwick, JJ.